# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# ORANGEBURG DIVISION

| | | |
|---|---|---|
| Richard Boyd, | ) | Civil Action No.: 5:23-cv-02834-cmc |
| Plaintiff, | ) | |
| vs. | ) | **VOLUNTARY DISMISSAL** |
| | ) | **WITHOUT PREJUDICE** |
| Dollar General Corporation and Dolgencorp, LLC, | ) | |
| Defendants. | ) | |

Pursuant to Rule 41(a)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff in the above-captioned case, by and through the undersigned counsel, hereby dismisses this case <u>without prejudice</u> by filing and serving notice before an answer, motion for summary judgment, or appearance by Defendant(s).

Respectfully submitted,

**MIKE KELLY LAW GROUP, LLC**

By:   */s/ Ryan D. Martin*
Ryan D. Martin
Fed Bar No. 13632
1523 Huger Street, Suite A (29201)
Post Office Box 8113
Columbia, South Carolina 29202
Telephone: (803) 726-0123
Facsimile: (803) 252-7145
Email: rmartin@mklawgroup.com
*Attorneys for Plaintiff*

Columbia, South Carolina
June 26, 2023

1